Graves M. SANDFORD,
et al., Appellants,

v.

PROVIDENCE BANK, Respondent.

No. WD 75593.

Missouri Court of Appeals,
Western District.

April 30, 2013.

Motion for Rehearing and/or Transfer
to Supreme Court Denied May
28, 2013.

Application for Transfer Denied
Aug. 13, 2013.

Daniel H. Miller, Columbia, MO, for appellant.

Jonathan C. Browning, Jefferson City, MO, for respondent.

Before Division Three: JOSEPH M. ELLIS, Presiding Judge, LISA WHITE HARDWICK and CYNTHIA L. MARTIN, Judges.

### ORDER

PER CURIAM.

Graves Sandford and Zandra Sandford appeal the circuit court's judgment dismissing their petition for damages against Providence Bank. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the dismissal.

AFFIRMED. Rule 84.16(b).